Antonio RHODES, Petitioner-Appellant,

v.

A. MANSUKHANI, Respondent-Appellee.

No. 17-6665

United States Court of Appeals, Fourth Circuit.

Submitted: September 12, 2017

Decided: September 26, 2017

Antonio Rhodes, Appellant Pro Se. Marshall Prince, II, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Before WYNN, FLOYD, and HARRIS, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antonio Rhodes, a federal prisoner, appeals the district court's orders accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2012) petition, and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *See Rhodes v. Mansukhani*, No. 8:16-cv-02741-HMH, 2017 WL 1151999 (D.S.C. Apr. 21, 2017; Mar. 28, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*